Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ignacio Yepez, et al., <br><br> Defendants. | CASE NO. 5:12-cv-06214-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IGNACIO YEPEZ and ESTHER YEPEZ, individually and d/b/a EL MIRAMAR SPORTS BAR |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants IGNACIO YEPEZ and ESTHER YEPEZ, individually and d/b/a EL MIRAMAR SPORTS BAR, that the above-entitled action is hereby dismissed **with prejudice** against IGNACIO YEPEZ and ESTHER YEPEZ, individually and d/b/a EL MIRAMAR SPORTS BAR.

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 5:12-cv-06214-LHK
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 4/26/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 4/26/13

IGNACIO YEPEZ
Individually and d/b/a El Miramar Sports Bar

Dated: 4/26/13

ESTHER YEPEZ
Individually and d/b/a El Miramar Sports Bar

IT IS SO ORDERED:

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court
Northern District of California

Date: May 1, 2013