UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br> JUAN LOPEZ YEPEZ GARCIA A/K/A JUAN YEPEZ, INDIVIDUALLY AND D/B/A EL MIRAMAR SPORTS BAR, <br><br> Defendant. | Case No.: 5:12-CV-06214-LHK <br><br> ORDER DISMISSING CASE |

On May 10, 2013, Plaintiff filed a notice stating that Plaintiff was voluntarily dismissing this action with prejudice as to Defendant Juan Lopez Yepez Garcia a/k/a Juan Yepez, individually and d/b/a El Miramar Sports Bar. ECF No. 22. The Court hereby DISMISSES this action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1